# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK JEROME ALLEN

VERSUS

GREG BROWN, CITY OF BATON
ROUGE, DOUG WELBORN E.B.R.
PARISH CLERK OF COURT, JOHN
DOE, JANE DOE, MAYOR SHARON
WESTON BROOME, SHERIFF SID
J. GAUTREAUX, III, UN-NAMED
DEPUTY SHERIFFS

NO. 2025 CW 1161

**FEBRUARY 9, 2026**

---

In Re:    Derrick Jerome Allen, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 763665.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

                         MRT
                         KEB
                         BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.